IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01447-ZLW-MEH

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 NC3,

    Plaintiff,

v.

STEVAN W. AND DEBRA A. DITTMER,

    Defendants.
_____

## ORDER
_____

The matter before the Court is Defendants' Notice Of Removal To U.S. District Court In Denver, CO (Doc. No. 1) (Notice Of Removal). Under 28 U.S.C. § 1446(a), a notice of removal must attach a copy of all "process, pleadings, and orders served upon" defendants in the action. The Notice Of Removal filed in this case did not attach a copy of any state court Complaint. Accordingly, on June 24, 2010, the Court ordered Defendants to file in this Court a copy of all process, pleadings, and orders served upon them in the state court action which they are seeking to remove, including a copy of the Complaint filed in state court. Defendants were notified that if they did not comply with the Court's Order on or before July 2, 2010, this action would be dismissed without prejudice.

On June 29, 2010, Defendants filed a "Memorandum to the Court" (Doc. No. 3) in which they stated that "[t]his action was filed against us in District Court in El Paso County." However, while Defendants did reference an El Paso County District Court case number (10cv3294), they did not provide the Court with a copy of any state court Complaint initiating any civil action against them in El Paso County or elsewhere. Without a copy of a Complaint initiating a civil lawsuit, this Court has no claims before it to adjudicate, and has no basis upon which to conclude that there is federal subject matter jurisdiction in the first instance. Accordingly, it is

ORDERED that this action hereby is dismissed without prejudice.

DATED at Denver, Colorado, this 21st day of July, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court